IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| WOODY JOHN NEWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:13-cv-00051 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the *Report and Recommendation* ("R & R") of the United States Magistrate Judge recommending that I enter an Order granting the Commissioner's Motion for Summary Judgment [ECF No. 19], denying Plaintiff's Motion for Summary Judgment [ECF No. 17], and dismissing this case. This *Report* was filed on October 31, 2014. Plaintiff filed several objections to the R &R, and the Commissioner filed a timely response. I have reviewed *de novo* those portions of the Record to which Plaintiff has objected, and have reviewed the rest of the Record for clear error. For the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** and **ADJUDGED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED in part** and **REJECTED in part**. Plaintiff's Motion for Submission of Additional Evidence [ECF No. 24] is **GRANTED**, the Commissioner's Motion for Summary Judgment is **GRANTED**, Plaintiff's Motion for Summary Judgment is **DENIED**, the final decision of the Commissioner is **AFFIRMED**, and this case is hereby **DISMISSED**.

The Clerk is directed to send a copy of this Order to all counsel of record as well as to Magistrate Judge Hoppe, and to dismiss this case from the Court's docket.

ENTERED this 27th day of March, 2015.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE